NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION DELAWARE, NANYA TECHNOLOGY CORPORATION U.S.A.,**
*Appellants*

**v.**

**LONE STAR SILICON INNOVATIONS, LLC,**
*Appellee*

---

2019-2030

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2018-00062.

---

Before LOURIE, SCHALL, and CHEN, *Circuit Judges.*

PER CURIAM.

## O R D E R

Nanya Technology Corporation, Nanya Technology Corporation Delaware, and Nanya Technology Corporation U.S.A. (collectively, "Nanya") petitioned for inter partes review of claims 1, 2, 5-7, and 10 of U.S. Patent 6,388,330 (the "'330 patent") owned by Lone Star Silicon Innovations, LLC. After that review, the Patent Trial and Appeal Board

("the Board") held that claims 1, 5-6, and 10 are unpatentable but that Nanya failed to meet its burden to show that claims 2 and 7 are unpatentable. *Nanya Tech. Corp. v. Lone Star Silicon Innovations, LLC*, No. IPR2018-00062 (PTAB March 25, 2019). Nanya appeals the Board's decision with respect to claims 2 and 7.

In a separate appeal, we recently affirmed a decision of the Board holding claims 2 and 7 of the same '330 patent unpatentable. *Lone Star Silicon Innovations, LLC v. Iancu*, No. 19-1669 (Fed. Cir. Mar. 25, 2020).

IT IS ORDERED THAT:

Accordingly, this appeal is dismissed as moot in light of our affirmance in *Lone Star Silicon Innovations, LLC v. Iancu*, No. 19-1669 (Fed. Cir. Mar. 25, 2020), which invalidated all of the claims at issue in this appeal.

Each party shall bear its own costs.

FOR THE COURT

March 27, 2020
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court